UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JUDGMENT IN A CIVIL CASE

CASE NO.:

 Petitioner,

v.

 Respondent.

 PURSUANT to Federal Rule of Civil Procedure 68(a), offer of judgment was accepted by the      and JUDGMENT IS HEREBY ENTERED in favor of      in the amount of $      .

Date:

    Clerk, U.S. District Court

    _____
    By: Deputy Clerk